# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

HASHAN LIVETTE GRIFFIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2007

———————————————

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Michael Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.